# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHASHIM M. HAMPTON,** <br> **AIS #196393,** <br><br> Plaintiff, <br><br> v. <br><br> **YES-CARE,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACTION: 1:24-00029-KD-MU <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 3), made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(a)(2)(R), and dated March 21, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute and to comply with the Court's Order.

**DONE** and **ORDERED** this the **22nd** day of **April 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**