IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHASHIM M. HAMPTON,** <br> **AIS #196393,** <br><br> Plaintiff, <br><br> v. <br><br> **YES-CARE,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    CIV. ACTION: 1:24-00029-KD-MU |

## **JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **22nd** day of **April 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**